**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511



*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE, | CIVIL CASE NO. CV03-00047 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive, | |
| Defendants. | |

I, JOYCE C.H. TANG, hereby certify that on the 31st day of December, 2003, I caused copies of the following documents to be filed with the Clerk of Court, Superior Court of Guam in the above-captioned matter:

1. Notice to Clerk of Court of filing of Notice of Removal, with attached copy of the Notice of Removal of Action Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1331 and § 1441(b);

//

//

2. Notice to Adverse Parties of Removal of Action to District Court Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1441(b), with attached copy of the Notice of Removal of Action Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1331 and § 1441(b).

DATED at Hagåtña, Guam, this 31st day of December, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Defendants*
Citibank, N.A. (Guam) and Patrick Kehres