**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511



FILED
DISTRICT COURT OF GUAM
DEC 31 2003
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE, <br><br>Plaintiff, <br><br>vs. <br><br>CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive, <br><br>Defendants. | CIVIL CASE NO. CV 03-00047 <br><br>(Superior Court of Guam Civil Case No. CV2085-03) <br><br>**NOTICE OF MOTION AND MOTION BY CITIBANK, N.A. (GUAM) AND PATRICK KEHRES FOR ORDER ISSUING CERTIORARI TO GUAM SUPERIOR COURT FOR RECORD IN REMOVED ACTION** |

PLEASE TAKE NOTICE that Defendants Citibank, N.A. (Guam) and Patrick Kehres hereby move the Court for an Order issuing a writ of certiorari to the Superior Court of Guam, pursuant to 28 U.S.C. § 1447(b), requiring the Superior Court to bring all records and proceedings in the Superior Court to this Court.

This Motion will be and is based upon this notice, the memorandum of points and authorities filed herewith, and the complete files and records in this action.

DATED at Hagåtña, Guam, this 31st day of December, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*