**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*



FILED
DISTRICT COURT OF GUAM
DEC 31 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE, <br><br> Plaintiff, <br><br> vs. <br><br> CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive, <br><br> Defendants. | CIVIL CASE NO. CV 03-00047 <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CITIBANK, N.A. (GUAM) AND PATRICK KEHRES' MOTION FOR ISSUANCE OF WRIT OF CERTIORARI TO GUAM SUPERIOR COURT FOR RECORD IN REMOVED ACTION |

Defendants, Citibank, N.A. (Guam) and Patrick Kehres (the "defendants"), hereby move this Court pursuant to 28 U.S.C. § 1447(b) for issuance of a writ of certiorari to the Superior Court of Guam, commanding such court to bring to this Court, a true, full and correct copy of all records and proceedings taken and had in such court in the above-entitled action, on the following grounds:

1. On or about December 12, 2003, an action was commenced in the Superior Court of Guam, entitled "<u>Thomas Koichi Nakamine dba Takai's Enterprise vs. Citibank N.A. (Guam), Patrick Kehres, individually and Does 1-10 inclusive</u>," Civil Case No. CV2085-03 (hereinafter, the "Action").

**ORIGINAL**

2. Defendants respectfully request, as authorized by 28 U.S.C. § 1447(b), that this Court issue a writ of certiorari ordering the Superior Court of Guam to produce all of the records in this case. *See* 29A Fed. Proc., L. Ed. § 69:107 (West 1998) ("A party seeking removal may be required to file with the clerk of the Federal District Court to which an action has been removed copies of all records and proceedings had in the state court. Alternatively, such material may be secured through the issuance of a writ of certiorari from the District Court to the state court."); W.Schwarzer, A.W.Tashima, J.Wagstaffe, California Practice Guide: Federal Civil Procedure Before Trial, "Removal Jurisdiction" ¶ 2:987 ("Under 28 U.S.C. § 1447(b), the federal court can issue a writ of certiorari ordering the state court to produce all of the records in the case. In a case with voluminous files, counsel may wish to ask the court for such writ.").

DATED at Hagåtña, Guam, this 31st day of December, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*