**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE:  (671) 472-2601/477-2511

*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*



FILED
DISTRICT COURT OF GUAM
DEC 31 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE<br>dba TAKAI'S ENTERPRISE,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITIBANK, N.A. (GUAM), PATRICK<br>KEHRES, individually, and DOES 1-10,<br>inclusive,<br><br>        Defendants. | CIVIL CASE NO. CV03-00047<br><br>**CERTIFICATE OF SERVICE** |

I, JOYCE C.H. TANG, hereby certify that on the 31st day of December, 2003, I caused copies of the following documents to be served on the Law Offices of Mark S. Smith, 456 W. O'Brien Drive, Suite 102-D, Hagåtña, Guam 96910, counsel for Plaintiff Thomas Koichi Nakamine dba Takai's Enterprise in the above-captioned matter:

        1.    Notice of Removal of Action Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1331 and § 1441(b);

        2.    Notice of Motion and Motion by Citibank, N.A. (Guam) and Patrick Kehres for Order Issuing Writ of Certiorari to Superior Court of Guam for Record in Removed Action;

3. Memorandum of Points and Authorities in Support of Citibank, N.A. (Guam) and Patrick Kehres' Motion for Issuance of Writ of Certiorari to Superior Court of Guam for Record in Removed Action;

4. Proposed Order [Following Hearing];

5. Proposed Order [Without Hearing];

6. Proposed Writ of Certiorari;

7. Notice to Clerk of Court of filing of Notice of Removal, with attached copy of the Notice of Removal of Action Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1331 and § 1441(b); and

8. Notice to Adverse Parties of Removal of Action to District Court Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1441(b), with attached copy of the Notice of Removal of Action Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1331 and § 1441(b).

DATED at Hagåtña, Guam, this 31st day of December, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By **G. PATRICK CIVILLE**
*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*

2