**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511



*Attorneys for Defendants*
*Citibank, N.A. (Guam) and Patrick Kehres*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE, | ) ) ) | CIVIL CASE NO. CV03-00047 |
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | |
| CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

I, JOYCE C.H. TANG, hereby certify that on the 5th day of January, 2004, I caused copies of the following documents to be served on the Law Offices of Mark S. Smith, 456 W. O'Brien Drive, Suite 102-D, Hagåtña, Guam 96910, counsel for Plaintiff Thomas Koichi Nakamine dba Takai's Enterprise in the above-captioned matter, the Answer of Defendants Citibank, N.A. (Guam) and Patrick Kehres.

DATED at Hagåtña, Guam, this 5th day of January, 2004.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
Attorneys for Defendants
Citibank, N.A. (Guam) and Patrick Kehres

**ORIGINAL**