**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-88868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants Citibank, N.A.
and Patrick Kehres*



## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE<br>dba TAKAI'S ENTERPRISE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A. (GUAM), PATRICK<br>KEHRES, individually, and DOES 1-10,<br>inclusive,<br><br>    Defendants. | CIVIL CASE NO. 03-00047<br><br>**NOTICE OF TAKING DEPOSITIONS** |

TO PLAINTIFF AND HIS COUNSEL, LAW OFFICES OF MARK S. SMITH:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Citibank, N.A. (Guam) and Patrick Kehres will take the depositions upon oral examination of the following persons at the offices of Civille & Tang, PLLC, 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910, at the specified dates and times:

**ORIGINAL**