# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

15

**CASE NO.** CV-03-00047          **DATE:** 2/1/2005          **TIME:** 3:08 p.m.

**CAPTION: THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE -v- CITIBANK, N.A. (GUAM), PATRICK KEHRES, INDIVIDUALLY, and DOES 1-10, INCLUSIVE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder: Wanda Miles                                        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 3:08:05 - 3:16:38                 CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

MARK SMITH - (NOT PRESENT)                       G. PATRICK CIVILLE - Citibank and Patrick Kehres

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:          PRELIMINARY PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ____ Granted ____ Denied ____ Settled ____ Withdrawn ____ Under Advisement

( ) ORDER SUBMITTED ____ Approved ____ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at: _____

**NOTES:**

Mr. Civille informed the Court that Mr. Smith is currently in Saipan and was unable to return to Guam yesterday because he is ill. He stated that Mr. Smith is a solo practitioner and is involved in a complicated land dispute case in Saipan. He also stated that he had told Mr. Smith that he did not oppose a continuance and that he and Mr. Smith agreed to request for an extension of deadlines and the trial date. Mr. Civille stated that counsel do not have any objection to having the trial set for a time in September. Based on parties representation, the Court granted the continuance and instructed counsel to contact the Court for a new trial date and to submit an amended scheduling order thereafter.