AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

THOMAS KOICHI NAKAMINE
dba TAKAI'S ENTERPRISE,
V.
CITIBANK, N.A. (GUAM), PATRICK
KEHRES, individually, and DOES 1-10
inclusive,

**NOTICE**

(16)

CASE NUMBER: CV-03-00047

**FILED**
DISTRICT COURT OF GUAM
FEB - 8 2005
MARY L.M. MORAN
CLERK OF COURT

TYPE OF CASE:

X  CIVIL        ☐ CRIMINAL

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 3rd FLOOR, U.S. COURTHOUSE<br>520 W. SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | GRAND JURY ROOM, U.S. DISTRICT COURT<br>MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. |
| | DATE AND TIME<br>MARCH 7, 2005 at 10:15 a.m. |

TYPE OF PROCEEDING

**SCHEDULING CONFERENCE. PLAINTIFF SHALL SUBMIT A PROPOSED SCHEDULING ORDER NO LATER THAN MONDAY, FEBRUARY 28, 2005.**

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

FEBRUARY 8, 2005
DATE

(BY) DEPUTY CLERK

ORIGINAL

TO:  Mark S. Smith, Esq.
     Patrick G. Civille, Esq.