CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-88868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Citibank, N.A.*



FILED
DISTRICT COURT OF GUAM

FEB 23 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE,  Plaintiff,  vs.  CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive,  Defendants. | CIVIL CASE NO. 03-00047  **STIPULATION AND ORDER EXTENDING SETTLEMENT CONFERENCE** |

The parties hereby stipulate that the settlement conference scheduled for March 3, 2005 be continued to Thursday, March 10, 2005, and that the deadline for submitting the confidential settlement letter be continued to March 3, 2005. The basis for this stipulation is that the Citibank representative needed to approve Citibank's settlement posture is traveling on an earlier arranged trip and cannot be present on the March 3rd date.

IT IS SO STIPULATED.

LAW OFFICES OF MARK S. SMITH

Date: February 22, 2005         By: _____
                                    **MARK S. SMITH**
                                    *Attorney for Plaintiff*
///

ORIGINAL

Civil Case No. 03-00047
Stipulation & Order Continuing Settlement Conference

CIVILLE & TANG, PLLC

Date: February 22, 2005

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendants*

## ORDER

By stipulation of the parties, for good cause shown, the settlement conference herein is continued to March 10, 2005 at 10:15 a.m. The parties shall submit confidential settlement letters in accordance with Court's earlier Order no later than Thursday, March 3, 2005.

IT IS SO ORDERED this 23rd day of February, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

RECEIVED
FEB 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM