
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE d.b.a. TAKAI'S ENTERPRISE,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10 inclusive,<br><br>Defendants. | Civil Case No. 03-00047<br><br><br><br><br><br>ORDER |

This case is scheduled to come before the Court on March 7, 2005 for a Scheduling Conference. However, in order to facilitate the settlement conference which is scheduled for March 10, 2005, the Court hereby moves the Scheduling Conference to Thursday, March 24, 2005 at 10:30 a.m. Counsel shall submit a proposed amended scheduling order and discovery plan no later than March 17, 2005.

SO ORDERED this 2nd day of March 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge