# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO.** CV-03-00047     **DATE:** 3/24/2005     **TIME:** 10:51 a.m.

**CAPTION:** THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE -v- CITIBANK, N.A. (GUAM), PATRICK KEHRES, INDIVIDUALLY, and DOES 1-10, INCLUSIVE

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Recorder: Wanda Miles
Hearing Electronically Recorded: 10:51:38 - 11:03:25

**Law Clerk:** Judith Hattori
**Courtroom Deputy:** Virginia T. Kilgore
**CSO:** B. Benavente

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**
MARK SMITH

**COUNSEL FOR DEFENDANT(s):**
G. PATRICK CIVILLE - Citibank and Patrick Kehres

***

**PROCEEDINGS:** SCHEDULING CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court and parties agreed to new scheduling dates. The Court made pen and ink changes and signed the first revised scheduling order.