| | |
|---|---|
| 1 | THE LAW OFFICES OF MARK S. SMITH |
| 2 | 456 West O'Brien Drive, Suite 102-D<br>Hagatna, Guam 96910 |
| 3 | Telephone: (671) 477-6631/32<br>Facsimile: (671) 477-8831 |
| 4 | Attorney for Plaintiff, |
| 5 | *Thomas Koichi Nakamine*<br>dba: *Takai's Enterprise* |

**FILED**
DISTRICT COURT OF GUAM
JUN - 6 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE<br>dba: TAKAI'S ENTERPRISE,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITIBANK, N.A. (GUAM), PATRICK<br>KEHRES, individually, and DOES 1-10,<br>inclusive,<br><br>　　　　　Defendants. | CIVIL CASE NO: 03-00047<br><br>**STIPULATION AND ORDER FOR<br>CONTINUED SETTLEMENT<br>CONFERENCE** |

**STIPULATION AND ORDER FOR CONTINUED SETTLEMENT CONFERENCE**

The parties hereto, by and through their respective counsel, and for good cause shown, hereby stipulate to a continued settlement hearing and request the Court to set said settlement hearing on ___July 1, 2005___ at __9:30__ a.m./~~p.m.~~

Dated this _____ day of June, 2005.

**SO STIPULATED**:

_____          _____
**MARK S. SMITH, ESQ.**                                      **G. PATRICK CIVILLE, ESQ.**
Attorney for Plaintiff, *Thomas Nakamine*          Attorney for Defendant, *Citibank, N.A.*

Civil\Takai's Ent.S&O.stlmt.conf

### ORDER

**IT HEREBY ORDERED** that a continued settlement conference in the above-captioned matter shall be heard on ___JUL 0 1 2005___.

**SO ORDERED:** ___6/3/2005___.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**RECEIVED**
JUN - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM