THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/2
Facsimile: (671) 477-8831

Attorney for Plaintiff,
*Thomas Koichi Nakamine*
*dba: Takai's Enterprise*

FILED
DISTRICT COURT OF GUAM
JUN 28 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE dba: TAKAI'S ENTERPRISE,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL CASE NO: 03-00047<br><br>**NOTICE OF APPEARANCE AS CO-COUNSEL** |

### NOTICE OF APPEARANCE AS CO-COUNSEL

**COMES NOW** Stephanie G. Flores, Esq. and herein enters her appearance as co-counsel for Plaintiff, Thomas Koichi Nakamine in the above-captioned action.

Dated this 26th day of June, 2005.

Respectfully submitted,

By: _____
**STEPHANIE G. FLORES, ESQ.**
Attorney for Plaintiff, *Thomas Koichi Nakamine*

Civil\Takai.03-00047
notice.of.appearance.as.co-counsel