CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-88868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Citibank, N.A.*



FILED
DISTRICT COURT OF GUAM

JUL -5 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| THOMAS KOICHI NAKAMINE dba TAKAI'S ENTERPRISE, | ) ) ) | CIVIL CASE NO. 03-00047 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties, that all claims in the above-captioned matter shall be dismissed with prejudice, the parties to bear their respective attorney's fees and costs.

SO STIPULATED.

Date: July 1, 2005    By: _____
                              STEPHANIE G. FLORES
                              *Attorney for Plaintiff*

///

ORIGINAL

CIVILLE & TANG, PLLC

Date: July 1, 2005    By: *(signature)*
G. PATRICK CIVILLE
*Attorneys for Defendants*

## ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed with prejudice, with each party bearing their respective attorney's fees and costs incurred in this matter.

DATED: 7/5/05

*(signature)*

ROBERT M. TAKASUGI, DESIGNATED DISTRICT JUDGE

RECEIVED
JUL - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM