FILED
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| THOMAS KOICHI NAKAMINE<br>dba TAKAI'S ENTERPRISE,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A. (GUAM), PATRICK KEHRES, individually, and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL CASE NO. 03-00047<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Stipulation and Order of Dismissal With Prejudice filed July 5, 2005.

Dated this 7th day of July, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on JUL - 7 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ JUL - 7 2005
Deputy Clerk     Date